1  James P. Watson, Esq. (SBN 46127)
   Bruce K. Leigh, Esq. (SBN 129753)
2  Ann Bevington, Esq. (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery, Fifth Floor
   San Francisco, CA  94105
4  Telephone:  (415) 512-3501
   Facsimile:   (415) 512-3515
5  E-mail:       brucel@skwsf.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES FOR THE LABORERS          Case No. 3:06cv03943 CRB
    HEALTH AND WELFARE TRUST FUND FOR
12  NORTHERN CALIFORNIA, LABORERS              PLAINTIFFS' ~~PROPOSED~~
    VACATION-HOLIDAY TRUST FUND FOR            CASE MANAGEMENT ORDER
13  NORTHERN CALIFORNIA, LABORERS
    PENSION TRUST FUND FOR NORTHERN            DATE:   September 29, 2006
14  CALIFORNIA, and LABORERS TRAINING          TIME:   8:30 a.m.
    AND RETRAINING TRUST FUND FOR              CTRM:   8, 19th Floor
15  NORTHERN CALIFORNIA,                               450 Golden Gate Avenue
                                                       San Francisco
16               Plaintiffs,
      v.                                       JUDGE:  The Honorable Charles R. Breyer
17
    TERESA WHARTON, individually and dba
18  WHARTON UNDERGROUND; and
    DOES 1-10, inclusive,
19
                 Defendants.
20

21

22       Plaintiffs' Case Management Statement is hereby adopted by the Court as its Case Management

23  Order for the case.  Plaintiffs are ordered to file their motion for preliminary injunctive relief on or

24  before __January 05_____, 2006.

25  DATED:  _October 6, 2006_____         _____
26                                            THE HONORABLE CHARLES R. BREYER
                                              UNITED STATES _____ COURT
27
                                              IT IS SO ORDERED
28  F:\CASES\7000\7000.1042 Wharton Underground II\pleadings\100306-cmc-order-1.doc
                                              Judge Charles R. Breyer

                                         -1-                        ...3:06-CV-03943 CRB

Plaintiffs' Proposed Case Management Order