1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA 94108
   e-mail: ron.richman@bullivant.com
4  e-mail: susan.olson@bullivant.com
   Telephone:   (415) 352-2700
5  Facsimile:    (415) 352-2701

6

   Attorneys for Plaintiffs
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br><br>Plaintiffs,<br><br>v.<br><br>TERESA WHARTON, individually and d/b/a WHARTON UNDERGROUND,<br><br>Defendants. | Case No.: C06-03943 CRB<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT**<br><br>Date:    March 21, 2008<br>Time:   10:00 a.m.<br>Ctroom: 8, 19th Floor<br>Hon. Charles R. Breyer |

### ORDER

On May 2, 2007 this Court issued an Order to Show Cause why Defendant Teresa Wharton, individually and dba Wharton Underground ("Wharton") should not be held in contempt of Court for failure to comply with this Court's Order dated January 3, 2007 compelling Wharton to produce her books and records to Plaintiffs for audit. The Order to Show Cause was scheduled for May 11, 2007. Wharton was served with the Order To Show Cause. Wharton failed to appear on May 11, 2007 for the Order to Show Cause.

Based on the above,

IT IS HEREBY ORDERED THAT Defendant Teresa Wharton, individually and dba Wharton Underground ("Wharton") personally appear before this Court on March 21, 2008 at 10:00 a.m., Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, and show cause why this Court should not issue sanctions for failure to appear for the May 2, 2007 Order To Show Cause and the further failure to produce the books and records for audit.

Plaintiffs are ordered to serve this Order to Show Cause on Wharton. Failure of Wharton to appear at the March 21, 2008 Order to Show Cause may warrant further sanctions including a bench warrant for the arrest of Teresa Wharton.

Dated: February 29, 2008



Hon. Charles R. Breyer
United States District Judge