1

Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com

2

Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com

3

BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800

4

San Francisco, California  94108
Telephone: 415.352.2700

5

Facsimile: 415.352.2701

6

Attorneys for Plaintiffs

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

13

14

15

16

17

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS VACATION-HOLIDAY
TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA; and
BOARD OF TRUSTEES OF THE
LABORERS TRAINING AND RETRAINING
TRUST FUND FOR NORTHERN
CALIFORNIA,

Case No.: C 06-03943 CRB

**STIPULATION FOR DISMISSAL;
ORDER THEREON**

18

Plaintiffs,

19

vs.

20

21

TERESA WHARTON, individually and d/b/a
WHARTON UNDERGROUND,

22

Defendants.

23

24

**STIPULATION**

25

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the

26

Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the

27

Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the

28

Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers

– 1 –

1   Training and Retraining Trust Fund for Northern California, on the one hand, through counsel,

2   and Defendants Teresa Wharton, individually and doing business as Wharton Underground,

3   that this action be dismissed, with prejudice, against all defendants, each side to bear its own

4   attorneys' fees and costs.

5   DATED:  April 2, 2008

6                                              BULLIVANT HOUSER BAILEY PC

7

8                                              By   _Ronald L. Richman_

9                                                   Ronald L. Richman

10                                             Attorneys for Plaintiffs

11

12  DATED:  April 8, 2008                      Wharton Underground

13                                             By: _Teresa Wharton_

14                                                 Teresa Wharton

15  DATED:  April 8, 2008

16                                             By: _Teresa Wharton_

17                                                 Teresa Wharton

17                              **ORDER**

18      The parties having so Stipulated and good cause appearing:

19      IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all

20  defendants, each party to bear its own attorneys' fees and costs.

21  Dated:  April  15 , 2008

22

23                              Hon. Charles R. Breyer

24                              IT IS SO ORDERED

25

26  10489202.1                  Judge Charles R. Breyer

27

28

                              – 2 –